UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Kenneth E. Andersen,

        Plaintiff,

vs.                                                       ORDER

State of Minnesota,

        Defendant.                         Civ. No. 14-779 (SRN/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That Respondent's Motion to Dismiss Habeas Corpus Petition, [Docket No. 8], is **GRANTED**, and that Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody, [Docket No. 1], is **DISMISSED with prejudice**.

2. That Respondent's Motion to Dismiss Habeas Corpus Petition Supplemental Claims,

[Docket No. 15], is **GRANTED**, and that Petitioner's Petition for Writ of Habeas Corpus Supplemental Claims, [Docket No. 13], is **DISMISSED with prejudice** as time-barred.

3. That Judgment is entered.

BY THE COURT:

DATED: February 12, 2015  
St. Paul, Minnesota

s/Susan Richard Nelson  
Judge Susan Richard Nelson  
United States District Judge